RECEIVED
FILED              SERVED ON
ENTERED   COUNSEL/PARTIES OF RECORD

OCT - 4 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:                              DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL RAY HUGHES, | 3:11-cv-00355-ECR (WGC) |
| Petitioner, | **MINUTES OF THE COURT** |
| vs. | October 4, 2011 |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  JENNIFER COTTER      REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Respondents have filed a Motion for Enlargement of Time to File Response to Petition for Writ of Habeas Corpus (Doc. #13).

Good cause appearing,

Defendant's motion (Doc. #13) is **GRANTED**. Defendant shall have an extension of time to and including October 13, 2011, within which to file an a response to the Petition for Writ of Habeas Corpus.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk